UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARLA FINE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>DAWN REED and KEITH REED, husband and wife,<br><br>　　　　　　　　　　Defendants,<br><br>and<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　　Intervenor Defendant. | NO:  2:22-CV-0214-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　　BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 11. The parties agree that the above-captioned action, and all claims and causes of action asserted therein by Plaintiff against Allstate, should be dismissed with prejudice and without attorneys' fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without attorneys' fees or costs to any party.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 22, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2